UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND SPRIGGS,<br><br>                              Plaintiff,<br><br>v.<br><br>CITY OF SAN DIEGO; OFFICER CAMERON WATSON; and DOES 1 through 50,<br><br>                             Defendants. | Case No.:  24-CV-1006 W (KSC)<br><br>**ORDER GRANTING UNOPPOSED MOTION TO DISMISS [DOC. 21]** |

Pending before the Court the City of San Diego's ("the City") motion to dismiss Plaintiff Raymond Spriggs Third Amended Complaint ("TAC"). [Doc. 21]. Plaintiff has filed a notice of non-opposition in response. [Doc. 22]. Therefore, the City's motion to dismiss will be granted. This suit will proceed as follows:

- Claims III through VII will be **DISMISSED WITHOUT LEAVE TO AMEND**;
- The San Diego Police Department (SDPD) is **DISMISSED** from the suit;

- The lawsuit will proceed as to Claim I (42 U.S.C. § 1983 False Arrest); Claim II (42 U.S.C. § 1983 False Imprisonment); and Claim VIII (Cal. Civ. Code § 52.1).

**IT IS SO ORDERED.**

Dated: April 14, 2025

_____
Hon. Thomas J. Whelan
United States District Judge