# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND SPRIGGS,<br><br>                            Plaintiff,<br>v.<br><br>CITY OF SAN DIEGO, OFFICER CAMERON WATSON, and DOES 1–50,<br><br>                           Defendants. | Case No.: 24-cv-1006 W (KSC)<br><br>**ORDER DENYING MOTION TO DISMISS BASED ON FAILURE TO PROSECUTE [DOC. 25]** |

      Defendants move to dismiss Plaintiff Raymond Spriggs's claims for "fail[ure] to both prosecute his case with diligence and comply with this Southern District's Local Rules and the orders of this Court." (*Mtn.* [Doc. 25] at 1:21–23.)  Mr. Spriggs has opposed the motion. (*Opp'n* [Doc. 26].)

      The Court decides the matter on the papers submitted and without oral argument pursuant to Civil Local Rule 7.1(d)(1).  For the reasons discussed below, the Court **DENIES** the motion.

///

## I. DISCUSSION

Defendants' motion to dismiss is based on the incorrect premise that Mr. Spriggs was required to file a Fourth Amended Complaint after this Court granted the motion to dismiss the Third Amended Complaint ("TAC") [Doc. 24]. Previously, this Court denied the motion to dismiss Claims 1, 2, and 8 in the Second Amended Complaint, and granted leave to amend Claims 3 through 7. (*See Order* [Doc. 17].) Plaintiffs then filed a TAC reasserting Claims 1 through 8. Given this Court's previous ruling, Defendants' motion to dismiss the TAC only challenged Claims 3 through 7, not Claims 1, 2, and 8. (*See Mtn. to Dismiss TAC* [Doc. 21] at 13:10–12) (emphasis added) ("For the foregoing reasons, Defendants respectfully request that this Court grant Defendants' 12(b)(6) motion to dismiss as to Plaintiff's *third through seventh causes of action*.").

Thus, in granting Defendants' motion based on Mr. Spriggs's notice of non-opposition [Doc. 22], that order specifically provided that Claims 3 through 7 were dismissed without leave to amend, but Claims 1, 2, and 8 would proceed. (*Order* at 1–2.) Nothing in that order required Mr. Spriggs to file a Fourth Amended Complaint. Accordingly, Defendants' assertion that the lawsuit should be dismissed with prejudice because a Fourth Amended Complaint was not filed lacks merit. Therefore, the motion will be denied.[1]

///
///
///
///
///

---

[1] Notably, Defendants' answer was due 14 days after the Court's order dismissing the TAC. Fed. R. Civ. P. 12(a)(4). Therefore, Defendants were required to file a responsive pleading by April 28, 2025. Ironically, Mr. Spriggs's failure to move for default based on Defendants' failure to file a responsive pleading is potentially grounds for failure to prosecute. However, because six months have not yet elapsed since the deadline, a motion to dismiss based on failure to prosecute is premature. *See* CivLR 41.1.

## II. CONCLUSION & ORDER

For the reasons stated above, Defendants' motion is **DENIED** [Doc. 25].

**IT IS SO ORDERED.**

Dated: August 12, 2025

_____
Hon. Thomas J. Whelan
United States District Judge